**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7945**

DOUGLAS A. PANNELL, JR.,

              Petitioner - Appellant,

       v.

ERIC WILSON, Warden,

              Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge.  (3:13-cv-00413-JAG)

Submitted:  April 17, 2014        Decided:  April 21, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Douglas A. Pannell, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas A. Pannell, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court.  Pannell v. Wilson, No. 3:13-cv-00413-JAG (E.D. Va. Nov. 19, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2